**No. 63766.**—Empire Liquor Corp. et al. *v.* United States, protests 58/13423, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 63767.**—Reliance Merchandise Company, Inc. *v.* United States, protest 59/18830 (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

**No. 63768.**—Import & Export Service Company and Reid Tool Supply Company *v.* United States, protests 58/13973 and 58/13974 (Detroit).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise is not decorated, the claim of the plaintiffs was sustained.